United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WANXIA LIAO,

Plaintiff,

v.

UNITED STATES OF AMERICA, U.S. DEPARTMENT OF JUSTICE, ERIC HOLDER, Attorney General of United States, STEPHANIE DOUGLAS, Special Agent in Charge for FBI San Francisco, JOSEPH P. RUSSONIELLO, U.S. Attorney for California, SAUNDRA BROWN ARMSTRONG, U.S. District Court Judge, PHYLLIS HAMILTON, U.S. District Court Judge, KAY YU, Deputy Assistant Attorney General for State of California, "JLM," clerk to defendant Judge Armstrong, QUELITA BOURGEOIS, Financial Technician for U.S. District Court, MOLLY DWYER, Clerk of the 9th Cir. Court of Appeal, MACON PHILLIPS, White House Director of New Media, CNN, WASHINGTON POST, WALL STREET JOURNAL, TOPIX.COM,

Defendants.
_______________________________________/

No. C 11-02494 WHA

**CASE MANAGEMENT ORDER AND ORDER TO SHOW CAUSE**

A case management conference was held on October 27, 2011, at 3:00 p.m. Despite proper notice, plaintiff Wanxia Liao did not attend. Less than 48 hours before the hearing, she filed a motion to allow her to attend by telephone. This came to the undersigned judge's attention shortly before the case management conference. At the case management conference, the Court **DENIED** the motion because the telephone facilities in the courtroom are not conducive to holding hearings. When someone is talking on the telephone, it is very

United States District Court
For the Northern District of California

difficult to interrupt them given the equipment used in our courtroom so that a normal hearing cannot be held. Moreover, plaintiff chose to sue in this district and it is not unreasonable to ask her to attend a hearing in the very district she elected to sue.

The upshot of the case management conference was that defendants intend to bring a motion to dismiss and will do so soon. Plaintiff, through this order, is advised to attend that hearing in person. Further, at the same hearing, she should **SHOW CAUSE** why this case should not be dismissed for lack of prosecution due to her failure to attend the case management conference.

**IT IS SO ORDERED.**

Dated: October 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE